[No. 81356-6.   En Banc.]
Argued May 12, 2009.      Decided July 16, 2009.

BIANCA FAUST, *Individually and as Guardian*, ET AL.,
*Petitioners*, v. MARK ALBERTSON, *as Personal
Administrator, Defendant*, BELLINGHAM
LODGE NO. 493 ET AL., *Respondents*.


The opinion in the above captioned case, which appeared in the advance sheets at 166 Wn.2d 653-64, has been omitted from this permanent bound volume because of an amendment of the opinion made by an order of the Supreme Court dated November 30, 2009. The opinion, as modified, appears at 167 Wn.2d 531.